IN THE UNITED STATES DISTRICT COURT
FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__
__HARRISBURG__ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
HARRISBURG, PA
FEB 2 4 2016
MARIA E. ELKINS, CLERK
Per __/s/__
DEPUTY CLERK

__Gabriel J Gamble__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__The Department Of Human Services__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __1:16-CV-329__
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

FILED
HARRISBURG, PA
FEB 16 2016
MARIA E. ELKINS, CLERK
Per __/s/__
DEPUTY CLERK

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Gabriel J Gamble
   Street Address: 106 Valley Stream Drive Apt-2-A
   City and County: Delmont Washington
   State and Zip Code: PA 15626
   Telephone Number: 724-468-5732
   E-mail Address: NO

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: The Department Of Human Services
   Job or Title (if known): Secretary of State
   Street Address: P.O Box 2675
   City and County: Harrisburg
   State and Zip Code: PA 17105-2675
   Telephone Number: 717-787-1870
   E-mail Address (if known):

   Defendant No. 2

   Name: Exella Health Hospital
   Job or Title (if known):
   Street Address: 532 West Pittsburg Street
   City and County: Greensburgh PA 15601

2

State and Zip Code  _PA  15601_
Telephone Number  _724-832-4000_
E-mail Address
(if known)

Defendant No. 3
    Name  _Torrance State Hospital_
    Job or Title
    (if known)
    Street Address  _State Route 1014_
    City and County  _Torrance_
    State and Zip Code  _PA 15779-0111_
    Telephone Number  _724-459-4444_
    E-mail Address
    (if known)

Defendant No. 4
    Name
    Job or Title
    (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address
    (if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Denied Constitution rights, denied medical attention, and denied Legal assistance.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* Ted Dallas, is a citizen of the State of *(name)* Pennsylvania. Or is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*2,015,000 in personal injury and medical expenses and court cost.*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Human services Kept Gabriel from recieving medical attention and covered up reaction to the DMPS test.*

*From 2-3-2012 Exella Hospital also covered reaction to the DMPS test and violated his right to be treated medically and from recieving Legal help.*

*On 3-15-2012 Torrance state Hospital covered up reaction to the DMPS test and denied medical attention and Legal help.*

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*He has had Double vision for 4 years and they covered a concussion and needed to be on thyroid medication right away. He never recieved eye glasses and is now nearsighted and crosseyed. He also recieved an Hepatitis shot a month after recieving damages from the DMPS test, which resulted in a severe reaction. In September 2015 had an reaction to two more vaccines, which resulted in swollen hands until present.*

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-13-, 20 16

Signature of Plaintiff: *Gabriel J. Gamble*   *Cynthia A Gamble*
Printed Name of Plaintiff: Gabriel J Gamble   rep-payee P.O.A

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney    _No Attorney_
Printed Name of Attorney  _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
E-mail Address           _____

7

CYNThia A GAMBLE
106 VALLEY STREAM DRIVE
APT. 2-A DELMONT
PA 15626



7015 1730 0000 3390 8313

**RECEIVED**
HARRISBURG, PA
FEB 0 3 2016
MARIA E. ELKINS, CLERK
Per _____

O
UNITED
MIDDL'
U.S.
22

HAF

RETURN RECEIPT
REQUESTED