IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL J. GAMBLE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:16cv308 |
| | ) | **Electronic Filing** |
| **THE DEPARTMENT OF HUMAN, SERVICES**, **EXELLA HEALTH HOSPITAL** and **TORRANCE STATE HOSPITAL**, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 22nd day of August, 2017, for the reasons set forth in the Memorandum Opinion filed on this date, **IT IS ORDERED** that [12], [15] the motions filed by Plaintiff Cynthia A. Gamble for service of the Amended Complaint and for a hearing and appointment of counsel be, and the same hereby are, **DENIED;**

**IT FURTHER IS ORDERED** that pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), the Claims in the Amended Complaint be, and the same hereby are, **DISMISSED.** The Clerk shall mark the case closed; and

**IT FURTHER IS ORDERED** that the above rulings are without prejudice to Gabriel J. Gamble filing a motion for leave to file a Second Amended Complaint to the extent he can do so of his own legal accord and consistent with the mandates of Rule 11 of the Federal Rules of Civil Procedure. To the extent Gabriel J. Gamble seeks such leave, the proposed Second Amended Complaint shall comply with the principles outlined in the Memorandum Opinion filed on this date. In the event Gabriel J. Gamble is not legally competent and capable of re-pleading his claims on his own behalf, then he will have to do so through the services of hired legal counsel. Cynthia A. Gamble cannot represent Gabriel J. Gamble or sign a complaint on his behalf because

she is not licensed to practice law.  Any such motion seeking leave by Gabriel J. Gamble shall be filed on or before September 22, 2017.

                                                          s/David Stewart Cercone
                                                          David Stewart Cercone
                                                          United States District Judge

cc:    Cynthia A. Gamble &
        Gabriel J. Gamble
        c/o Cynthia A. Gamble
        1765 Skyline Drive, Apt. 18
        Pittsburgh, PA  15227

        (*Via First Class Mail*)